UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF TICKET BROKERS<br>1666 K Street, N.W., Suite 500<br>Washington, D.C. 20006,<br><br>         Plaintiff,<br><br>v.<br><br>ANTHONY GIRGENTI<br>33100 Groesbeck Highway<br>Fraser, MI 48026,<br><br>         Defendant. | Civil Action No. _____ |

## PLAINTIFF'S DISCLOSURE STATEMENT

Plaintiff National Association of Ticket Brokers ("NATB"), by and through counsel, hereby files its Disclosure Statement pursuant to Fed. R. Civ. P., Rule 7.1(a).

NATB is organized as a non-profit, non-stock corporation in the District of Columbia. NATB does not have any parent companies, subsidiaries or affiliates that have issued shares or debt securities to the public.

Dated: December 18, 2006

                     Respectfully submitted,

                     _/s/ Gary Adler_____
                     Gary C. Adler (D.C. Bar No. 416640)
                     O'CONNOR & HANNAN, LLP
                     1666 K Street, N.W., Suite 500
                     Washington, D.C. 20006-2803
                     (202) 887-1400