UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NATIONAL ASSOCIATION OF TICKET BROKERS,

        Plaintiff,

v.

ANTHONY GIRGENTI,

        Defendant.

Civil Action No. 1:06CV02150

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff National Association of Ticket Brokers ("NATB"), by and through counsel, hereby dismisses this action pursuant to Fed. R. Civ. P., Rule 41(a)(1)(i). Defendant Anthony Girgenti has not been served and, therefore, has not filed an answer or a motion for summary judgment.

Dated: January 31, 2007

Respectfully submitted,

        /s/ Gary C. Adler
Gary C. Adler (D.C. Bar No. 416640)
O'CONNOR & HANNAN, LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
(202) 887-1400

146933_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, a copy of the foregoing *Notice of Voluntary Dismissal* was served on the following party, via first class mail, postage prepaid:

Anthony Girgenti
33100 Groesbeck Highway
Fraser, MI  48026

_____
Gary C. Adler